UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MORGAN STANLEY DW INC. f/k/a
DEAN WITTER REYNOLDS,

    Plaintiff,

v.                                      CASE NO: 8:06-cv-1951-T-26MSS

JEREMY ST. CROIX,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Unopposed Motion for Entry of Order Extending Temporary Restraining Order (Dkt. 10) is granted.

2) The terms and provisions of the temporary restraining order entered October 23, 2006, is extended and shall remain in full force and effect pending a ruling by the NASD on Plaintiff's application for permanent injunctive relief against Defendant.

3) Plaintiff shall file a status report with this Court on or before December 4, 2006.

4) Plaintiff's Motion for Preliminary Injunction (Dkt. 2) pending before this Court is denied without prejudice to being renewed depending on the ruling by the NASD.

5) Plaintiff shall insure that Defendant or his counsel receives a copy of this order inasmuch as Defendant does not have an attorney of record in this case.

**DONE AND ORDERED** at Tampa, Florida, on November 2, 2006.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record